BEFORE THE FIRST DIVISION, MAY 7, 1964

**No. 68513.**—R. H. Macy Co., Inc., and The Edward O'Toole Co., Inc. *v.* United States, protests 59/16555 and 59/18563 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.